UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DANNY HOLLOWAY, JAMES KOHLHAGEN, JEFFREY LEFFIN, AND KEITH PFISTER, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFSS,<br><br>vs.<br><br>KOHLER CO. AND THE KOHLER CO. PENSION PLAN.<br><br>DEFENDANTS. | No. 2:23-cv-01242-JPS<br><br><br><br>CLASS ACTION |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF CLASS SETTLEMENT

Plaintiffs Danny Holloway, James Kohlhagen, Jeffrey Leffin, and Keith Pfister, individually and as proposed Class Representative, move for an order preliminarily approving a class action settlement agreement between Plaintiff and Defendants (collectively "Kohler"), approving notice to the class, and setting a date for a fairness hearing.[1] Specifically, Plaintiffs ask the Court to: (1) preliminarily approve the proposed Settlement; (2) preliminarily certify the Settlement Class; (3) approve the proposed form and method of notice to the Class; and (4) schedule a hearing at which the Court will consider final approval of the Settlement. A [Proposed] Order is filed herewith.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and the Declarations of Robert A. Izard and Douglas P. Needham.

---

[1] Unless otherwise defined, all capitalized terms herein shall have the same meaning as set forth in the Parties' Settlement Agreement.

1

Dated: June 17, 2024                    Respectfully submitted,

*/s/ Christopher M. Barrett*
IZARD, KINDALL & RAABE LLP
Robert A. Izard
Christopher M. Barrett
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
Email: rizard@ikrlaw.com
Email: cbarrett@ikrlaw.com

MOTLEY RICE LLC
Douglas P. Needham
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860-218-2720
dneedham@motleyrice.com

SIRI & GLIMSTAD LLP
Oren Faircloth
Lisa R. Considine
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091 Fax: (646) 417-5967
ofaircloth@sirillp.com
lconsidine@sirillp.com

**Counsel for Plaintiffs**