UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DANNY HOLLOWAY, JAMES KOHLHAGEN, JEFFREY LEFFIN, AND KEITH PFISTER, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFSS,<br><br>vs.<br><br>KOHLER CO. AND THE KOHLER CO. PENSION PLAN.<br><br>DEFENDANTS. | No. 2:23-cv-01242-JPS<br><br><br><br>CLASS ACTION |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND FOR ATTORNEYS' FEES, COSTS, AND CLIENT SERVICE AWARDS

Plaintiffs Danny Holloway, James Kohlhagen, Jeffrey Leffin, and Keith Pfister, individually and as proposed Class Representatives, move for an order approving a class action settlement agreement between Plaintiff and Defendants (collectively "Kohler").[1] Plaintiffs also petition the Court for an order granting attorneys' fees, costs, and client service awards. Specifically, Plaintiffs ask the Court to: (1) grant final approval of the Settlement; (2) certify the Settlement Class; (3) appoint Plaintiffs as Class Representatives; (4) appoint Izard, Kindall & Raabe, LLP, Motley Rice LLC, and Siri Glimstad LLP as Class Counsel; and (5) grant an award of attorneys' fees ($735,000), reimbursement of expenses ($18,015.24), and client service awards

---

[1] Unless otherwise defined, all capitalized terms herein shall have the same meaning as set forth in the Parties' Settlement Agreement.

1

to each Plaintiff ($2,500 each). A [Proposed] Judgement will be filed on or before November 27, 2024.

In support of this Motion and Petition, Plaintiff submits the accompanying Memorandum of Law and the Declarations of Robert A. Izard, Douglas P. Needham, and Oren Fairloth.

Dated: October 18, 2024          Respectfully submitted,

*/s/ Christopher M. Barrett*
IZARD, KINDALL & RAABE LLP
Robert A. Izard
Christopher M. Barrett
29 South Main Street, Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
Email: rizard@ikrlaw.com
Email: cbarrett@ikrlaw.com

MOTLEY RICE LLC
Douglas P. Needham
One Corporate Center
20 Church Street, 17th Floor
Hartford, CT 06103
Telephone: 860-218-2720
dneedham@motleyrice.com

SIRI & GLIMSTAD LLP
Oren Faircloth
Lisa R. Considine
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091 Fax: (646) 417-5967
ofaircloth@sirillp.com
lconsidine@sirillp.com

***Counsel for Plaintiffs***